IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM TOWNSEND, JR.,

    Plaintiff,

    v.

C.S.P. SOLANO,

    Defendant.

Case No. CIV 08-1177RJB

ORDER

    This matter comes before the court on a letter received by the Clerk on August 3, 2009. Dkt. 22. The court has reviewed the document and the remainder of the file herein.

    On February 22, 2009, the court entered an order, dismissing plaintiff's civil rights case without prejudice, pursuant to the screening provisions of 28 U.S.C. § 1915A. Dkt. 20. Judgment was entered on February 23, 2009. Dkt. 21.

    On August 3, 2009, the Clerk received a letter from plaintiff, stating that the prison is not completing his trust account statement in a timely manner. Dkt. 22. Plaintiff states that, because he cannot receive a trust account statement, he cannot complete an application to proceed in forma pauperis, which he needs in order to file a case against the prison. Dkt. 22. Plaintiff states that "[i]t's concerning case # CIV-09-1177RJB, denied without prejudice 2-23-09." Dkt. 22.

    This case--CIV 08-1177RJB--is closed. If plaintiff wishes to file a civil action against the prison, he must file a new case. If plaintiff is having difficulty obtaining his trust account statement, he may wish to pursue the prison's grievance procedure. The court in this case, CIV 08-1177RJB, will take no action on

ORDER
Page - 1

1  plaintiff's letter.
2      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
3  party appearing *pro se* at said party's last known address.
4      DATED this 5th day of August, 2009.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge